UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY PUBLIC DEFENDERS OFFICE, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-0549 JAM DB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights claim under 42 U.S.C. § 1983. Plaintiff has filed a motion for an extension of time to file an amended complaint. (ECF No. 5.)

　　　Plaintiff filed a complaint on March 25, 2021. (ECF No. 1.) Plaintiff now requests a sixty-day extension of time to file an amended complaint. (ECF No. 5.) Plaintiff requests this extension of time as he has been transferred between prisons. (Id. at 2.) Due to his transfer, plaintiff has been placed in quarantine and is unable to access the law library. (Id.)

　　　Good cause appearing, plaintiff will be granted an extension of time to file an amended complaint. If plaintiff does not file an amended complaint in the extended period of time, the original complaint (ECF No. 1) will be screened in due course.

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted;
2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint; and
3. If plaintiff does not file an amended complaint, the original complaint (ECF No. 1) will be screened in due course.

DATED: June 10, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB:1/Order/Prisoner/Civil_Rights/R/mund0549.36amc

2